**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**BOARDS OF TRUSTEES OF THE OHIO LABORERS BENEFITS,**

    **Plaintiffs,**

  v.

**WAI CONSTRUCTION GROUP, LLC,**

    **Defendant.**

Civil Action 2:25-cv-00585
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court upon Plaintiffs' Motion to Accelerate Discovery under Rules 26(d)(1) and 34(b)(2)(A) of the Federal Rules of Civil Procedure. (Doc. 8). Defendant has failed to appear or otherwise defend this action. (Doc. 7). Plaintiffs have asserted that, before they can move for default judgment, they need to issue subpoenas to third party Fluor-BWXT Portsmouth, the primary customer of Defendant WAI Construction Group, LLC, as well as any and all sureties that may be responsible for payment of labor claims against WAI and/or Fluor-BWXT Portsmouth (Doc. 8 at 1). Plaintiffs' Motion to Accelerate Discovery (*id.*) is **GRANTED**.

Having been sufficiently advised, third party Fluor-BWXT Portsmouth, the primary customer of Defendant WAI Construction Group, LLC, as well as any and all sureties that may be responsible for payment of labor claims against WAI and/or Fluor-BWXT Portsmouth, are **ORDERED** to respond to subpoenas served by Plaintiffs **within thirty (30) days after service**. Plaintiffs are **ORDERED** to serve this Order and any such subpoenas upon Defendant, third party Fluor-BWXT Portsmouth and any and all sureties.

    **IT IS SO ORDERED.**

Date: October 30, 2025 /s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE